

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

### NO. 02-17-00206-CR

| | | |
|---|---|---|
| Michael Donte Dunn | § | From the 372nd District Court |
| | § | of Tarrant County (1436656D) |
| v. | § | August 23, 2018 |
| | § | Per Curiam |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. The judgment is modified to reflect that Dunn was convicted of "attempted sexual assault." It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM